UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIA GUAMAN,

                                 Plaintiff,

-against-

AMANECER LATINO RESTAURANT CORP., MIRIAM JARA,
and BLANCA JARA,

                                 Defendants.
------------------------------------------------------------------------X

Civil Action No.
18-cv-02201-ERK-JO

AFFIDAVIT OF SERVICE

ISALICE ACEVEDO, deposes and says that deponent is not a party to this action, is over 18 years of age, and resides in New York; that on July 23, 2018, deponent served the within LETTER TO DEFENDANTS ENCLOSING THE ORDER DATED JULY 16, 2018, on the following:

Amanecer Latino Restaurant Corp.
96-38 Corona Avenue
Corona, New York 11368

Blanca Jara
c/o Amanecer Latino Restaurant Corp.
96-38 Corona Avenue
Corona, New York 11368

Miriam Jara
106-24 50th Avenue Apt. 3
Corona, New York 11368

the designated address by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State by certified mail, return receipt requested and first class mail.

                                                                 Isalice Acevedo

Sworn to before me this
July 24, 2018

KENNETH J. KATZ
NOTARY PUBLIC, STATE OF NEW YORK
No. 02KA6109827
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MAY 24, 2020