UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
MARIA GUAMAN,

                          Plaintiff,

                    -against-

AMANECER LATINO RESTAURANT CORP., MIRIAM JARA,
and BLANCA JARA,

                         Defendants.
--------------------------------------------------------------------------------X

**CERTIFICATE OF DEFAULT**

Civil Action No.
18-cv-02201

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants, Amanecer Latino Restaurant Corp., Miriam Jara, and Blanca Jara, have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants, Amanecer Latino Restaurant Corp., Miriam Jara, and Blanca Jara, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: __Brooklyn____, New York
         __August 10___, 2018

                                              DOUGLAS C. PALMER, Clerk of Court

                                              By: _/s/Jalitza Poveda_____
                                                    Deputy Clerk