UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA GUAMAN,

                                    Plaintiff,

                      -against-

AMANECER LATINO RESTAURANT CORP., MIRIAM JARA,
and BLANCA JARA,

                                  Defendants.
----------------------------------------------------------------X

Civil Action No.
18-cv-02201-ERK-JO

**AFFIDAVIT OF SERVICE**

TENNESSIS GUERRERO, deposes and says that deponent is not a party to this action, is over 18 years of age, and resides in New York; that September 25, 2018, deponent served the within NOTICE OF MOTION WITH SUPPORTING DOCUMENTS, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND THE PROPOSED JUDGMENT, on the following:

Amanecer Latino Restaurant Corp.
96-38 Corona Avenue
Corona, New York 11368

Blanca Jara
c/o Amanecer Latino Restaurant Corp.
96-38 Corona Avenue
Corona, New York 11368

Miriam Jara
106-24 50th Avenue Apt. 3
Corona, New York 11368

the designated address by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State first class mail.

                                                             Tennessis Guerrero

Sworn to before me this
September 26, 2018

NICOLE GRUNFELD
NOTARY PUBLIC, STATE OF NEW YORK
No. 02GR6181863
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES FEBRUARY 11, 2020