UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

MARIA GUAMAN,

                              Plaintiff,

                -against-

AMANECER LATINO RESTAURANT CORP., MIRIAM JARA,
and BLANCA JARA,

                             Defendants.

Civil Action No.
18-cv-02201

## **DEFAULT JUDGMENT**

This action having been commenced on April 10, 2018, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants, Amanecer Latino Restaurant Corp., Miriam Jara, and Blanca Jara, between June 4 and June 6, 2018, and all three proofs of service having been filed by June 8, 2018, and the Defendants, who are not infants or incompetent persons, having failed to appear, plead or otherwise defend in this action, and a certificate of default having been entered by the Clerk of Court on August 10, 2018, and counsel for Plaintiff having requested judgment against the defaulted Defendants by filing a proper motion and affidavits, with accompanying exhibits, in accordance with Federal Rules of Civil Procedure 55(b)(2); it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

Judgment is entered in favor of Plaintiff Maria Guaman and against Defendants Amanecer Latino Restaurant Corp., Miriam Jara, and Blanca Jara, in the amount of $234,401.83, plus reasonable attorneys' fees, costs, and interest on the judgment at the legal rate until the judgment is satisfied.

SO ORDERED:

Date: ~~September~~ 26, 2018

s/ Edward R. Korman

United States District Judge